# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Walmart Inc.

Plaintiff(s),

v.

Mary Ellen K. Lajeunesse

Defendant(s).

Case No. 22-cv-6150
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendant Walmart Inc. and against plaintiff Mary Ellen K. Lajeunesse.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion.

Date: 3/7/2025

Thomas G. Bruton, Clerk of Court

Jasmin Galindo, Deputy Clerk